**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello**

Civil Action No. 21-cv-00885-CMA-KAS

TODD ROMERO,

    Plaintiff,

v.

ALTITUDE SPORTS & ENTERTAINMENT, LLC. and
KROENKE SPORTS & ENTERTAINMENT, LLC

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with Senior United States District Judge Christine M. Arguello presiding, and the jury has rendered its verdicts.  It is

ORDERED that judgment is entered in favor of the Defendants Altitude Sports & Entertainment, LLC and Kroenke Sports & Entertainment, LLC and against the Plaintiff Todd Romero.  It is

FURTHER ORDERED that the Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment,

and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1

DATED: March 15, 2024

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Myhaver

K. Myhaver,
Deputy Clerk

APPROVED BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge